AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MARTIN, BEVERLY B. | Eleventh Circuit | 4/22/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 1/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 56 Forsyth Street NW  Atlanta, GA 30303 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Georgia Women of Achievement |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/22/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Self-employed (attorney in partnership) |
| 2. | 2009 | Director fee for Lone Star Corporation |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/22/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America checking account | A | Interest | L | T | | | | | |
| 2. Bank of America money market account | A | Interest | K | T | | | | | |
| 3. Bank of America money market account | A | Interest | J | T | | | | | |
| 4. Assoc. Credit Union money market | C | Interest | M | T | Open | 2/24/09 | M | | |
| 5. Appalachian Community Bank (retirement) | C | Interest | | | Matured | 11/11/09 | M | C | |
| 6. Bank of America Certificate of Deposit | A | Interest | | | Redeemed | 2/05/09 | L | A | |
| 7. Buckhead Community Bank CD (retirement) | C | Interest | | | Redeemed | 1/17/09 | L | C | |
| 8. Buckhead Community Bank CD retirement) | D | Interest | | | Redeemed | 4/28/09 | M | D | |
| 9. Buckhead Community Bank CD retirement) | C | Interest | | | Redeemed | 11/15/09 | M | C | |
| 10. Embassy CD (retirement) | C | Interest | | | Redeemed | 6/24/09 | M | C | |
| 11. Firstbank CD | C | Interest | | | Matured | 12/28/09 | L | C | |
| 12. GE Money Bank CD | B | Interest | | | Matured | 7/30/09 | L | B | |
| 13. GE Bank CD | A | Interest | | | Redeemed | 1/02/09 | L | A | |
| 14. Goldman Sachs Bank CD | A | Interest | | | Redeemed | 2/03/09 | L | A | |
| 15. ING Account | A | Interest | L | T | | | | | |
| 16. ING Certificate of Deposit | B | Interest | | | Matured | 10/28/09 | L | C | |
| 17. Morgan Stanley Bank CD | C | Interest | | | Matured | 12/31/09 | L | C | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NANB checking account | C | Interest | M | T | | | | | |
| 19. Pacific Capital CD (IRA) | C | Interest | | | Matured | 9/25/09 | L | C | |
| 20. RBC Centura Bank | B | Interest | K | T | | | | | |
| 21. RBC CD (retirement) | C | Interest | | | Redeemed | 3/25/09 | N | C | |
| 22. RBC CD (retirement) | | None | M | T | Buy | 6/26/09 | M | | |
| 23. Wachovia checking account | D | Interest | M | T | | | | | |
| 24. Wachovia Certificate of Deposit | A | Interest | | | Matured | 2/24/09 | L | A | |
| 25. Wachovia Certificate of Deposit | A | Interest | | | Redeemed | 2/03/09 | J | A | |
| 26. Wachovia Certificate of Deposit | B | Interest | | | Redeemed | 2/03/09 | K | B | |
| 27. Alliance Fund | A | Int./Div. | J | T | | | | | |
| 28. Dodge & Cox Income Fund | C | Dividend | L | T | | | | | |
| 29. J. M. & Star, Macon, Bibb County, Georgia | C | Rent | K | W | | | | | |
| 30. JP Morgan Equite Index Fund | | None | K | T | Buy | 5/12/09 | K | | |
| 31. Jensen Portfolio CL (IRA) | | None | | | Sold | 2/25/09 | L | | |
| 32. Lone Star Corp. | E | Dividend | M | W | | | | | |
| 33. MCF Corp | | None | | | Sold | 4/06/09 | J | | |
| 34. M&I Stable Principal Fund | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Metropolitan Capital Bancorp IRA) | | None | L | W | | | | | |
| 36. Fidelity Management Inv. Acct. IRA) | A | Dividend | K | T | | | | | |
| 37. Pontotoc Bancshares | B | Dividend | K | T | | | | | |
| 38. Schwab money market fund #1 | A | Int./Div. | M | T | | | | | |
| 39. Schwab value advantage | A | Int./Div. | M | T | | | | | |
| 40. Schwab Money Market (IRA) | A | Int./Div. | M | T | | | | | |
| 41. Schwab Value Adv. (IRA) | A | Int./Div. | L | T | Open | 2/25/09 | L | | |
| 42. BGU Fund IRA) | | None | | | Buy | 3/31/09 | J | | |
| 43. BGU Fund IRA) | | None | | | Sold | 4/1/09 | J | A | |
| 44. BGU Fund IRA) | | None | | | Buy | 4/2/09 | J | | |
| 45. BGU Fund IRA) | | None | | | Sold | 4/2/09 | J | A | |
| 46. BGU Fund IRA) | | None | | | Buy | 4/17/09 | J | | |
| 47. BGU Fund IRA) | | None | | | Sold | 4/17/09 | J | A | |
| 48. BGZ Fund IRA) | | None | | | Buy | 3/11/09 | J | | |
| 49. BGZ Fund IRA) | | None | | | Sold | 3/11/09 | J | A | |
| 50. BGZ Fund IRA) | | None | | | Buy | 3/12/09 | J | | |
| 51. BGZ Fund IRA) | | None | | | Sold | 3/16/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  BGZ Fund         IRA) | | None | | | Buy | 3/24/09 | J | | |
| 53.  BGZ Fund         IRA) | | None | | | Sold | 3/24/09 | J | A | |
| 54.  BGZ Fund         IRA) | | None | | | Buy | 3/26/09 | J | | |
| 55.  BGZ Fund         IRA) | | None | | | Sold | 3/26/09 | J | | |
| 56.  BGZ Fund         IRA) | | None | | | Buy | 4/03/09 | J | | |
| 57.  BGZ Fund         IRA) | | None | | | Sold | 4/07/09 | J | A | |
| 58.  DIA Fund         IRA) | | None | | | Buy | 3/10/09 | J | | |
| 59.  DIA Fund         IRA) | | None | | | Sold | 3/10/09 | J | A | |
| 60.  DIA Fund         IRA) | | None | | | Buy | 3/16/09 | J | | |
| 61.  DIA Fund         IRA). | | None | | | Sold | 3/16/09 | J | A | |
| 62.  DIA Fund         IRA) | | None | | | Buy | 3/19/09 | J | | |
| 63.  DIA Fund         IRA) | | None | | | Sold | 3/19/09 | J | | |
| 64.  DXD Fund         IRA) | | None | | | Buy | 3/19/09 | J | | |
| 65.  DXD Fund         IRA) | | None | | | Sold | 3/19/09 | J | A | |
| 66.  DXD Fund         IRA) | | None | | | Buy | 3/27/09 | J | | |
| 67.  DXD Fund         IRA) | | None | | | Sold | 3/27/09 | J | A | |
| 68.  DZZ Fund         IRA) | | None | | | Buy | 3/03/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/22/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DZZ Fund IRA) | | None | | | Sold | 3/03/09 | J | A | |
| 70. FAZ Fund IRA) | | None | | | Buy | 2/26/09 | J | | |
| 71. FAZ Fund IRA) | | None | | | Sold | 3/02/09 | J | A | |
| 72. FAZ Fund IRA) | | None | | | Buy | 2/27/09 | J | | |
| 73. FAZ Fund IRA) | | None | | | Sold | 2/27/09 | J | A | |
| 74. FAZ Fund IRA) | | None | | | Buy | 3/02/09 | J | | |
| 75. FAZ Fund IRA) | | None | | | Sold | 3/02/09 | J | A | |
| 76. FAZ Fund IRA) | | None | | | Buy | 3/02/09 | J | | |
| 77. FAZ Fund IRA) | | None | | | Sold | 3/02/09 | J | A | |
| 78. FAZ Fund IRA) | | None | | | Buy | 3/06/09 | J | | |
| 79. FAZ Fund IRA) | | None | | | Sold | 3/06/09 | J | A | |
| 80. FAZ Fund IRA) | | None | | | Buy | 4/07/09 | J | | |
| 81. FAZ Fund IRA) | | None | | | Sold | 4/08/09 | J | A | |
| 82. KBE Fund IRA) | | None | | | Buy | 3/06/09 | J | | |
| 83. KBE Fund IRA) | | None | | | Sold | 3/06/09 | J | | |
| 84. KBE Fund IRA) | | None | | | Buy | 3/06/09 | J | | |
| 85. KBE Fund IRA) | | None | | | Sold | 3/06/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SKF Fund IRA) | | None | | | Buy | 3/23/09 | J | | |
| 87. SKF Fund IRA) | | None | | | Sold | 3/30/09 | J | | |
| 88. SMN Fund IRA) | | None | | | Buy | 3/05/09 | J | | |
| 89. SMN Fund IRA) | | None | | | Sold | 3/05/09 | J | | |
| 90. SMN Fund IRA) | | None | | | Buy | 3/05/09 | J | | |
| 91. SMN Fund IRA) | | None | | | Sold | 3/05/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/22/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 4/22/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFI... IVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544